UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARLOS COREA-SALGADO,<br>Petitioner,<br>v.<br>WARDEN ADELANTO ICE PROCESS CTR, et al.,<br>Respondents. | No. 5:26-cv-04218-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is:

a. GRANTED, in part, as follows:

i. Respondents are ENJOINED from removing **<u>Petitioner Carlos Corea-Salgado (A# 099-631-350)</u>** to Mexico or any other third country UNLESS AND UNTIL Respondents have provided Petitioner a meaningful opportunity to present a claim of fear of persecution or harm upon removal to Mexico (or any other designated third country) or any other applicable legal claim at a hearing before an immigration judge before such removal, with

at least five business days' written notice of such hearing provided in advance to Petitioner and his counsel, in both English and Spanish; and

ii. if no such proceeding as set forth in paragraph (2)(a)(i), above, is provided within 14 days from the date of this Judgment, release Petitioner from custody subject to his preexisting Order of Supervision; nothing herein prevents Respondents from providing such a hearing at a later date and reinstituting the removal process after Petitioner's release, if all required process is provided Petitioner; and

(b) DENIED in all other respects without prejudice.

Dated: August 6, 2026 ______

JOHN D. EARLY
United States Magistrate Judge